UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  v.<br><br>DARRELL JONES,<br><br>                              Defendant. | ECF CASE<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br><br>**19 CR 35 (NSR)** |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                            Respectfully submitted,

                                                            MATTHEW PODOLSKY
                                                            Acting United States Attorney
                                                            for the Southern District of New York

                                            By:   /s/ *Reyhan Watson*
                                                            Reyhan Watson
                                                            Assistant United States Attorney
                                                            (914) 993-1965
                                                            reyhan.watson@usdoj.gov